B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Hunter, Darrel D** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Straughter, Sheena M.** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**AKA Sheena Straughter; AKA Sheena M.**<br>**Straughter-Hunter** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**AKA Sheena Straughter; AKA Sheena Hunter-Straughter** |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**xxx-xx-6501** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-5132** |
| Street Address of Debtor (No. and Street, City, and State):<br>**4605 S. Lake Park Avenue**<br>**Chicago, IL**<br>ZIP Code **60653** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**1135 E. Sibley Boulevard, Unit 201**<br>**Dolton, IL**<br>ZIP Code **60419** |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business:<br>**Cook** |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>**4605 S. Lake Park Avenue**<br>**Chicago, IL**<br>ZIP Code **60653** |

Location of Principal Assets of Business Debtor
(if different from street address above):

| Type of Debtor<br>(Form of Organization) (Check one box)<br>■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>□ Corporation (includes LLC and LLP)<br>□ Partnership<br>□ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | Nature of Business<br>(Check one box)<br>□ Health Care Business<br>□ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>□ Railroad<br>□ Stockbroker<br>□ Commodity Broker<br>□ Clearing Bank<br>□ Other | Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)<br>■ Chapter 7<br>□ Chapter 9       □ Chapter 15 Petition for Recognition<br>□ Chapter 11           of a Foreign Main Proceeding<br>□ Chapter 12<br>□ Chapter 13       □ Chapter 15 Petition for Recognition<br>                           of a Foreign Nonmain Proceeding |
|---|---|---|

**Chapter 15 Debtors**

Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable)
□ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)
■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."     □ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

□ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

□ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
□ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
□ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
□ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*
Check all applicable boxes:
□ A plan is being filed with this petition.
□ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

□ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| □ | ■ | □ | □ | □ | □ | □ | □ | □ | □ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| □ | □ | ■ | □ | □ | □ | □ | □ | □ | □ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| □ | □ | □ | ■ | □ | □ | □ | □ | □ | □ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(04/13)                                                                                                    Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Hunter, Darrel D** <br> **Straughter, Sheena M.** |

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location <br> Where Filed:  **Northern District of Illinois** | Case Number: <br> **13-37973** | Date Filed: <br> **9/26/13** |
|---|---|---|
| Location <br> Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: <br> **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X**  **/s/ Charles L. Magerski**                                **May 29, 2015** <br> Signature of Attorney for Debtor(s)                       (Date) <br>   **Charles L. Magerski** |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

  ☐ Yes, and Exhibit C is attached and made a part of this petition.

  ■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

  ■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

  ■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**

(Check any applicable box)

  ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

  ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

  ☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**

(Check all applicable boxes)

  ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

  ☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

  ☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

  ☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)                                                                                                                    Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Hunter, Darrel D**<br>**Straughter, Sheena M.** |

**Signatures**

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Darrel D Hunter**
Signature of Debtor  **Darrel D Hunter**

X **/s/ Sheena M. Straughter**
Signature of Joint Debtor **Sheena M. Straughter**

Telephone Number (If not represented by attorney)

**May 29, 2015**
Date

### Signature of Attorney*

X **/s/ Charles L. Magerski**
Signature of Attorney for Debtor(s)

**Charles L. Magerski 6297092**
Printed Name of Attorney for Debtor(s)

**Sulaiman Law Group, Ltd.**
Firm Name

**900 Jorie Boulevard**
**Suite 150**
**Oak Brook, IL 60523**

Address

**Email: mbadwan@sulaimanlaw.com**
**630-575-8181  Fax: 630-575-8188**
Telephone Number

**May 29, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re **Darrel D Hunter**
**Sheena M. Straughter**
_____
Debtor(s)

Case No. _____
Chapter    **7**    _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

_Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed._

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. _Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency._

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. _You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed._

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. _[Summarize exigent circumstances here.]_ ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ Darrel D Hunter**
                           **Darrel D Hunter**

Date:    **May 29, 2015**

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Darrel D Hunter**
**Sheena M. Straughter**            Case No. _____

                Debtor(s)       Chapter    **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ Sheena M. Straughter**
                     **Sheena M. Straughter**

Date:    **May 29, 2015**

B6 Summary (Official Form 6 - Summary) (12/14)

# United States Bankruptcy Court
### Northern District of Illinois

In re **Darrel D Hunter,**
    **Sheena M. Straughter**

    Debtors

Case No. _____

Chapter _____ 7 _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A,
B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.
Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must
also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 332,500.00 | | |
| B - Personal Property | Yes | 4 | 76,850.40 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 4 | | 461,961.03 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 29 | | 157,890.47 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I -  Current Income of Individual Debtor(s) | Yes | 2 | | | 5,347.50 |
| J -  Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 7,086.38 |
| Total Number of Sheets of ALL Schedules | | 47 | | | |
| Total Assets | | | 409,350.40 | | |
| Total Liabilities | | | | 619,851.50 | |

B 6 Summary (Official Form 6 - Summary) (12/14)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Darrel D Hunter,**            Case No. _____
      **Sheena M. Straughter**

                                      ,
                              Debtors          Chapter_____**7**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 36,288.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 36,288.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | 5,347.50 |
| Average Expenses (from Schedule J, Line 22) | 7,086.38 |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR, Form 22C-1 Line 14 ) | 8,528.94 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 8,241.99 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 157,890.47 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 166,132.46 |

B6A (Official Form 6A) (12/07)

.

In re    **Darrel D Hunter,**                                              Case No. _____
         **Sheena M. Straughter**
                                                              ,
                                Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a
cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for
the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W,"
"J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under
"Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and
Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity
claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or
if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **4605 S. Lake Park Avenue, Chicago Illinois, 60653**<br>**Single Family Dwelling**<br>**Value Per Comps**<br>**Purchased in October 1998 (Purchase Price $135,500)**<br>**PIN#: 20-02-404-102-0000** | **Property held in Trust** | W | 225,000.00 | 258,309.69 |
| **1020 East 150th Place, Dolton, Illinois 60419**<br>**Multi-Unit Building**<br>**Purchased in 1997 (Purchase Price $???)**<br>**Value Per Comps**<br>**:** | **Fee Simple** | J | 75,000.00 | 135,172.36 |
| **1135 E. Sibley Boulevard, Dolton, Illinois**<br>**Single Family Dwelling**<br>**Value Per CMA**<br>**Purchased in 1995** | **Held in Trust** | W | 30,000.00 | 11,951.19 |
| **Fair Field, Florida**<br>**Timeshare**<br>**Wyndham Resorts** | **Joint tenant** | - | 1,000.00 | 3,728.80 |
| **M43 Highway**<br>**South Haven, Michigan 49079**<br>**Tax ID Number 800903202900**<br>**Vacant Lot**<br>**Value Per Purchase Price** | **Fee Simple** | W | 1,500.00 | 0.00 |

|  | Sub-Total > | 332,500.00 | (Total of this page) |
|---|---|---|---|
|  | Total > | 332,500.00 | |

__0__ continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

.

In re   **Darrel D Hunter,**                                                  Case No. _____

       **Sheena M. Straughter**
_____,
                             Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **MB Financial** <br> **Checking Account No. ending with 5678** | W | 150.00 |
| | | **Old Plank Trail Winstrust FKA First National - South Holland** <br> **Checking Account No. ending with 9650** | W | 2,504.84 |
| | | **BMO Harris Bank** <br> **Checking Account No. ending with 1376** | W | 96.00 |
| | | **TCF Checking Account** | J | 1,200.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | **Furniture and Appliances** | J | 2,050.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Personal Items** | J | 300.00 |
| 6.  Wearing apparel. | | **Clothing** | J | 240.00 |
| 7.  Furs and jewelry. | | **Jewelry** | J | 140.00 |
| 8.  Firearms and sports, photographic, and other hobby equipment. | | **Camera** | J | 100.00 |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **United Health Care** <br> **Term Life Insurance** <br> **Policy No Cash Value** | W | 0.00 |
| | | **Term Life Insurance** <br> **Policy No Cash Value** | H | 0.00 |

|  | Sub-Total >  | 6,780.84 |
|---|---:|---:|
|  | (Total of this page) | |

   **3**   continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                            Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **Darrel D Hunter,**
      **Sheena M. Straughter**                                Case No. _____

_____,
Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Whole Life Insurance**<br>**Beneficiary: Daughter**<br>**No Cash Value** | W | 1.00 |
| 10. Annuities. Itemize and name each issuer. | | **Annuities** | W | 2,400.00 |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | | **College Illinois**<br>**Education IRA/State Tuitiion Plan** | W | 3,000.00 |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **John Hancock Life insurance Co.**<br>**IRA** | W | 700.00 |
| | | **State Universities Retirement Systems Plan** | H | Unknown |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **McDonalds**<br>**10 Shares @ $96.78 per share** | - | 967.80 |
| | | **AT&T**<br>**1 Share @ $33.83 per share** | - | 33.83 |
| | | **Walmart**<br>**3 Shares @ $74.11 per share** | - | 222.33 |
| | | **The Best Image Salon** | W | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | | **State of Illinois College Savings Bond** | J | 1,588.60 |
| 16. Accounts receivable. | | **Gloria and Greg Clay**<br>**Past due rent, 7 months @ $925 per month.**<br>**Renters might be uncollectable.** | W | 1.00 |
| | | **Angelique White**<br>**Past due rent, 4 months @ $700 per month.**<br>**Renter may be uncollectable; Debtor has filed an Eviction Summons for Trial with Circuit Court of Cook County, IL**<br>**Case No.: 2014 M6 6513** | W | 1.00 |

Sub-Total >      **8,915.56**
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re **Darrel D Hunter,**                                                     Case No. _____
       **Sheena M. Straughter**
                                                          ,
                                              Debtors

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Tyrone Grant** **Past due rent, 2 months @ $650 per month.** **Renter may be uncollectable; Debtor has filed a** **claim with Circuit Court of Cook County, IL** **Claim # 20146005488** | W | 0.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | | **Revocable Trust** **4605 S. Lake Park Ave, Chicago IL and** **1135 E. Sibley Blvd, Dolton IL** | W | 1.00 |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **College Mentor refund.** **Lawsuit has not been filed.** | J | 2,000.00 |
| | | **Gloria and Greg Clay** **Owed for back rent** | J | 9,000.00 |
| | | **Theresa Blakely** **Back Rent** | J | 800.00 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **Illinois Driver's License** | H | 0.00 |
| | | **Illinois Driver's License** | W | 0.00 |

Sub-Total >        **11,801.00**
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **Darrel D Hunter,**
**Sheena M. Straughter**

Case No. _____

_____ ,
Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2015 Toyota Rav4 4WD with 600 Miles Value Per KBB, PPV** | W | 22,778.00 |
| | | **2015 Nissan Rogue Select S Value Per Nadaguides.com** | W | 22,700.00 |
| | | **1994 Jeep Needs Engine & Needs Transmission** | J | 100.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Chairs, Cabinet, Mirrors, Shampoo, Dryers** | W | 475.00 |
| 30. Inventory. | | **Curling Irons and Shampoo Barrels** | W | 250.00 |
| 31. Animals. | | **Dog and Cat** | W | 50.00 |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **5 Plots at Burr Oak Cementary** | W | 3,000.00 |

|  | |
|---|---|
| Sub-Total > (Total of this page) | 49,353.00 |
| Total > | 76,850.40 |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6C (Official Form 6C) (4/13)

.

In re   **Darrel D Hunter,**                                          Case No. _____

       **Sheena M. Straughter**

                                    ,

                      Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:     ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                         $155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                   *with respect to cases commenced on or after the date of adjustment.)*
☑ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| **1135 E. Sibley Boulevard, Dolton, Illinois** | **735 ILCS 5/12-901** | **15,000.00** | **30,000.00** |
| **Single Family Dwelling** | | | |
| **Value Per CMA** | | | |
| **Purchased in 1995** | | | |
| | | | |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **MB Financial** | 735 ILCS 5/12-1001(b) | 150.00 | 150.00 |
| **Checking Account No. ending with 5678** | | | |
| | | | |
| **Old Plank Trail Winstrust FKA First National -** | **735 ILCS 5/12-1001(b)** | **2,504.84** | **2,504.84** |
| **South Holland** | | | |
| **Checking Account No. ending with 9650** | | | |
| | | | |
| **BMO Harris Bank** | **735 ILCS 5/12-1001(b)** | **96.00** | **96.00** |
| **Checking Account No. ending with 1376** | | | |
| | | | |
| **TCF Checking Account** | **735 ILCS 5/12-1001(b)** | **1,200.00** | **1,200.00** |
| | | | |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| **Personal Items** | **735 ILCS 5/12-1001(b)** | **284.20** | **300.00** |
| | | | |
| **Wearing Apparel** | | | |
| **Clothing** | **735 ILCS 5/12-1001(a)** | **240.00** | **240.00** |
| | | | |
| **Furs and Jewelry** | | | |
| **Jewelry** | **735 ILCS 5/12-1001(b)** | **140.00** | **140.00** |
| | | | |
| **Interests in Insurance Policies** | | | |
| **Whole Life Insurance** | **215 ILCS 5/238** | **100%** | **1.00** |
| **Beneficiary: Daughter** | | | |
| **No Cash Value** | | | |
| | | | |
| **Annuities** | | | |
| **Annuities** | **735 ILCS 5/12-1001(b)** | **2,400.00** | **2,400.00** |
| | | | |
| **Interests in an Education IRA or under a Qualified State Tuition Plan** | | | |
| **College Illinois** | **735 ILCS 5/12-1001(j)** | **100%** | **3,000.00** |
| **Education IRA/State Tuitiion Plan** | | | |
| | | | |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| **John Hancock Life insurance Co.** | **735 ILCS 5/12-1006** | **100%** | **700.00** |
| **IRA** | | | |
| | | | |
| **State Universities Retirement Systems Plan** | **735 ILCS 5/12-704** | **100%** | **Unknown** |
| | | | |
| **Stock and Interests in Businesses** | | | |
| **McDonalds** | **735 ILCS 5/12-1001(b)** | **967.80** | **967.80** |
| **10 Shares @ $96.78 per share** | | | |

   **1**   continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                  Best Case Bankruptcy

B6C (Official Form 6C) (4/13) -- Cont.

In re   **Darrel D Hunter,**
        **Sheena M. Straughter**                                          Case No. _____

_____,
                                Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| AT&T<br>1 Share @ $33.83 per share | **735 ILCS 5/12-1001(b)** | **33.83** | **33.83** |
| Walmart<br>3 Shares @ $74.11 per share | **735 ILCS 5/12-1001(b)** | **222.33** | **222.33** |
| **Government & Corporate Bonds, Other Negotiable & Non-negotiable Inst.**<br>**State of Illinois College Savings Bond** | **735 ILCS 5/12-1001(j)** | **100%** | **1,588.60** |
| **Accounts Receivable**<br>**Gloria and Greg Clay**<br>**Past due rent, 7 months @ $925 per month.**<br>**Renters might be uncollectable.** | **735 ILCS 5/12-1001(b)** | **1.00** | **1.00** |
| **Automobiles, Trucks, Trailers, and Other Vehicles**<br>**2015 Nissan Rogue Select S**<br>**Value Per Nadaguides.com** | **735 ILCS 5/12-1001(c)** | **1,192.20** | **22,700.00** |
| **1994 Jeep**<br>**Needs Engine & Needs Transmission** | **735 ILCS 5/12-1001(c)** | **100.00** | **100.00** |
| **Machinery, Fixtures, Equipment and Supplies Used in Business**<br>**Chairs, Cabinet, Mirrors, Shampoo, Dryers** | **735 ILCS 5/12-1001(d)** | **475.00** | **475.00** |
| **Inventory**<br>**Curling Irons and Shampoo Barrels** | **735 ILCS 5/12-1001(d)** | **250.00** | **250.00** |
| | Total: | **30,546.80** | **67,070.40** |

Sheet ___1___ of ___1___ continuation sheets attached to the Schedule of Property Claimed as Exempt

B6D (Official Form 6D) (12/07)

In re **Darrel D Hunter,**                    Case No. _____

      **Sheena M. Straughter**

_____,

Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. | | | | 5 Plots at Burr Oak Cementary | | | | | |
| **Burr Oak Cemetery** **4400 W. 127th Street** **Alsip, IL 60803** | | - | | | | | | | |
| | | | | Value $        **3,000.00** | | | | **6,530.19** | **3,530.19** |
| Account No. | | | | Assessment | | | | | |
| **Club Wyndham Plus Cash Management** **PO Box 340090** **Boston, MA 02241** | | - | | **Fair Field, Florida** **Timeshare** **Wyndham Resorts** | | | | | |
| | | | | Value $        **1,000.00** | | | | **3,728.80** | **2,728.80** |
| Account No. | | | | Property Taxes | | | | | |
| **Cook County Treasurer's Office** **118 North Clark Street, Room 112** **Chicago, IL 60602** | | - | | **1135 E. Sibley Boulevard, Dolton, Illinois** **Pin # 29-11-309-054-0000** | | | | | |
| | | | | Value $     **30,000.00** | | | | **11,951.19** | **0.00** |
| Account No. | | | | Property Taxes | | | | | |
| **Cook County Treasurer's Office** **118 North Clark Street, Room 112** **Chicago, IL 60602** | | - | | **1020 East 150th Place, Dolton, Illinois** **60419** **Pin # 29-11-307-040-0000** | | | | | |
| | | | | Value $     **75,000.00** | | | | **0.00** | **0.00** |

  **3**   continuation sheets attached

Subtotal          **22,210.18**        **6,258.99**

(Total of this page)

B6D (Official Form 6D) (12/07) - Cont.

In re  **Darrel D Hunter,**                                                    Case No. _____
           **Sheena M. Straughter**
_____,
                                    Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. **Exeter** PO Box 166008 Irving, TX 75016 | | J | | **Vehicle Lien** **2015 Nissan Rogue Select S Value Per Nadaguides.com** Value $            **22,700.00** | | | | **21,507.80** | **0.00** |
| Account No. **Exeter Finance Corp** PO Box 204480 Dallas, TX 75320 | | | | **Additional Notice Sent To:** **Exeter** Value $ | | | | **Notice Only** | |
| Account No. **xxxxxx0229** **Residential Credit Solutions Inc** PO Box 163349 Fort Worth, TX 76161 | | - | | Opened  3/01/08  Last Active  6/17/13 **Mortgage** **4605 S. Lake Park Avenue, Chicago Illinois, 60653** **Single Family Dwelling** **Value Per Comps** **Purchased in October 1998 (Purchase Price $135,500)** Value $            **225,000.00** | | | | **258,309.69** | **0.00** |
| Account No. **City National Corporation** **City National Plaza** **555 South Flower Street** **Los Angeles, CA 90071** | | | | **Additional Notice Sent To:** **Residential Credit Solutions Inc** Value $ | | | | **Notice Only** | |
| Account No. **Ocwen Loan** **1661 Worthington Road, Suite 100** **West Palm Beach, FL 33409** | | | | **Additional Notice Sent To:** **Residential Credit Solutions Inc** Value $ | | | | **Notice Only** | |

Sheet __1__ of __3__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

|  | Subtotal (Total of this page) | **279,817.49** | **0.00** |
|---|---|---|---|

B6D (Official Form 6D) (12/07) - Cont.

In re    **Darrel D Hunter,**
      **Sheena M. Straughter**                                      ,       Case No. _____
                                              Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| **Account No.** | | | | | | | | | | |
| Ocwen Loan Servicing P.O. Box 6440 Carol Stream, IL 60197 | | | | | Additional Notice Sent To: Residential Credit Solutions Inc | | | | Notice Only | |
| | | | | | Value $ | | | | | |
| **Account No.** | | | | | | | | | | |
| Ocwen Loan Servicing 3451 Hammond Avenue Waterloo, IA 50702 | | | | | Additional Notice Sent To: Residential Credit Solutions Inc | | | | Notice Only | |
| | | | | | Value $ | | | | | |
| **Account No.** | | | | | | | | | | |
| Ocwen Mortgage Attn: Bankruptcy P.O. Box 24738 West Palm Beach, FL 33416 | | | | | Additional Notice Sent To: Residential Credit Solutions Inc | | | | Notice Only | |
| | | | | | Value $ | | | | | |
| **Account No.** | | | | | | | | | | |
| Residential Credit Solutions 4282 North Freeway Fort Worth, TX 76137 | | | | | Additional Notice Sent To: Residential Credit Solutions Inc | | | | Notice Only | |
| | | | | | Value $ | | | | | |
| **Account No. xxxxxxxxxxxxx1000** | | | | | Opened 4/01/15 Last Active 4/30/15 Vehicle Lien 2015 Toyota Rav4 4WD with 600 Miles Value Per KBB, PPV | | | | | |
| Santander Consumer Usa Po Box 961245 Ft Worth, TX 76161 | | | | W | | | | | | |
| | | | | | Value $       22,778.00 | | | | 24,761.00 | 1,983.00 |

Sheet __2__ of __3__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 24,761.00 | 1,983.00 |

B6D (Official Form 6D) (12/07) - Cont.

In re  **Darrel D Hunter,**
    **Sheena M. Straughter**
                                   Debtors

Case No. _____

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. xxxxxxxx5851 | | | | Opened 11/01/02  Last Active  6/16/13 Mortgage | | | | | |
| **Wells Fargo Home Mortgage** **5620 Brooklyn Boulevard** **Minneapolis, MN 55429** | X | - | | 1020 East 150th Place, Dolton, Illinois 60419 Multi-Unit Building Purchased in 1997 (Purchase Price $???) Value Per Comps | | | | | |
| | | | | Value $       **75,000.00** | | | | **135,172.36** | **0.00** |
| Account No. | | | | | | | | | |
| **Wells Fargo Home Mortgage** **Po Box 10335** **Des Moines, IA 50306** | | | | **Additional Notice Sent To:** **Wells Fargo Home Mortgage** | | | | **Notice Only** | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| **Wells Fargo Home Mortgage** **8480 Stagecoach Circle** **Frederick, MD 21701** | | | | **Additional Notice Sent To:** **Wells Fargo Home Mortgage** | | | | **Notice Only** | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |

Sheet **3**___ of **3**___ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | **135,172.36** | **0.00** |
| Total (Report on Summary of Schedules) | **461,961.03** | **8,241.99** |

B6E (Official Form 6E) (4/13)

In re  **Darrel D Hunter,**                                                                Case No. _____
    **Sheena M. Straughter**
_____,
                         Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

        **0**     continuation sheets attached

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re    **Darrel D Hunter,**                                                    Case No. _____
         **Sheena M. Straughter**
         _____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Notice Only | | | | |
| **ACS Recovery Services, Inc** **2828 N. Haskell** **Dallas, TX 75204** | | J | | | | | | **0.00** |
| Account No. | | | | | | | | |
| **Ally Financial** **PO Box 380901** **Minneapolis, MN 55438** | | J | | | | | | **0.00** |
| Account No. | | | | | | | | |
| **Ally** **PO Box 951** **Horsham, PA 19044** | | | | **Additional Notice Sent To:** **Ally Financial** | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **ChexSystems** **7805 Hudson Road, Suite 100** **Saint Paul, MN 55125** | | | | **Additional Notice Sent To:** **Ally Financial** | | | | **Notice Only** |

__28__  continuation sheets attached

Subtotal
(Total of this page)                    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Darrel D Hunter,**
    **Sheena M. Straughter**                                                        Case No. _____

_____,
                                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | | Husband, Wife, Joint, or Community | | | | |
| Account No. | | | | | | | |
| **American Express \*** **c/o Becket & Lee** **P.O. Box 3001** **Malvern, PA 19355** | | W | | | | | **9,290.00** |
| Account No. | | | | | | | |
| **American Express** **PO Box 1000** **Los Angeles, CA 90096** | | | **Additional Notice Sent To:** **American Express \*** | | | | **Notice Only** |
| Account No. | | | **Collection for Premier Bankcard** | | | | |
| **Capital Management Services LP** **698 1/2 South Ogden Street** **Buffalo, NY 14206** | | J | | | | | **588.45** |
| Account No. | | | | | | | |
| **LVNV Funding LLC its sucessors &** **assigns** **assignee of Citibank Resurgent Cap** **Serv** **PO Box 10587** **Greenville, SC 29603** | | | **Additional Notice Sent To:** **Capital Management Services LP** | | | | **Notice Only** |
| Account No. | | | | | | | |
| **Premier Bankcard / Charter** **PO Box 2208** **Vacaville, CA 95696** | | | **Additional Notice Sent To:** **Capital Management Services LP** | | | | **Notice Only** |

Sheet no. __**1**__ of __**28**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **9,878.45**

B6F (Official Form 6F) (12/07) - Cont.

In re __Darrel D Hunter,__
__Sheena M. Straughter__

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxx5365** <br><br> **Chase** <br> **201 N. Walnut St//De1-1027** <br> **Wilmington, DE 19801** | | W | **Opened 7/01/08 Last Active 9/26/11** <br> **Credit Card** | | | | **12,749.71** |
| Account No. <br><br> **Chase \*** <br> **ATTN: Bankruptcy Department** <br> **P.O. Box 15298** <br> **Wilmington, DE 19850** | | | Additional Notice Sent To: <br> Chase | | | | **Notice Only** |
| Account No. <br><br> **Portfolio Recovery Associates LLC** <br> **PO Box 41067** <br> **Norfolk, VA 23541** | | | Additional Notice Sent To: <br> Chase | | | | **Notice Only** |
| Account No. <br><br> **Portfolio Recovery Associates, Inc** <br> **120 Corporate Boulevard** <br> **Norfolk, VA 23502** | | | Additional Notice Sent To: <br> Chase | | | | **Notice Only** |
| Account No. **xxxxxxxxxxx6592** <br><br> **Chase** <br> **201 N. Walnut St//De1-1027** <br> **Wilmington, DE 19801** | | W | **Opened 2/01/94 Last Active 9/25/11** <br> **Credit Card** | | | | **11,659.26** |

Sheet no. __2___ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**24,408.97**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Darrel D Hunter,**
      **Sheena M. Straughter**
                                    ,

Case No. _____

              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| **Account No.** | | | | | | | | |
| **Chase \*** **ATTN:  Bankruptcy Department** **P.O. Box 15298** **Wilmington, DE 19850** | | | | Additional Notice Sent To: Chase | | | | **Notice Only** |
| **Account No.** | | | | | | | | |
| **Chase \*** **3415 Vision Drive** **Mail Code OH4-7142** **Columbus, OH 43219** | | | | Additional Notice Sent To: Chase | | | | **Notice Only** |
| **Account No.** | | | | | | | | |
| **Portfolio Recovery Associates** **Po box 12914** **Norfolk, VA 23541** | | | | Additional Notice Sent To: Chase | | | | **Notice Only** |
| **Account No.** | | | | | | | | |
| **Portfolio Recovery Associates LLC** **PO Box 41067** **Norfolk, VA 23541** | | | | Additional Notice Sent To: Chase | | | | **Notice Only** |
| **Account No.** | | | | | | | | |
| **Portfolio Recovery Associates, Inc** **120 Corporate Boulevard** **Norfolk, VA 23502** | | | | Additional Notice Sent To: Chase | | | | **Notice Only** |

Sheet no. __3___ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Darrel D Hunter,**
    **Sheena M. Straughter**
                   Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Club Wyndham** <br> **PO Box 340090** <br> **Boston, MA 02241** | | J | | | | | 5,519.94 |
| Account No. <br><br> **Enhanced Recovery Co** <br> **8014 Bayberry Road** <br> **Jacksonville, FL 32256** | | H | Collection for Bank of America | | | | 1,200.61 |
| Account No. <br><br> **Bank Of America, N.A. \*** <br> **401 N. Tryon Street** <br> **NC1-021-02-20** <br> **Charlotte, NC 28255** | | | Additional Notice Sent To: <br> Enhanced Recovery Co | | | | Notice Only |
| Account No. **xxxxx1832** <br><br> **Enhanced Recovery Corp** <br> **Attention: Client Services** <br> **8014 Bayberry Road** <br> **Jacksonville, FL 32256** | | H | Opened  9/01/14 <br> Collection Attorney Sprint | | | | 594.00 |
| Account No. <br><br> **Allied Interstate** <br> **PO Box 1954** <br> **Southgate, MI 48195-0954** | | | Additional Notice Sent To: <br> Enhanced Recovery Corp | | | | Notice Only |

Sheet no. __4__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

7,314.55

B6F (Official Form 6F) (12/07) - Cont.

In re **Darrel D Hunter,**
　　　 **Sheena M. Straughter**
_____,
Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Allied Interstate** **PO Box 361774** **Columbus, OH 43236** | | | | Additional Notice Sent To: **Enhanced Recovery Corp** | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **Allied Interstate** **2290 Agate Court** **Unit A1** **Simi Valley, CA 93065** | | | | Additional Notice Sent To: **Enhanced Recovery Corp** | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **Enhanced Recovery Co** **Po Box 3002** **Southeastern, PA 19398** | | | | Additional Notice Sent To: **Enhanced Recovery Corp** | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **Sprint** **6391 Sprint Parkway** **Overland Park, KS 66251** | | | | Additional Notice Sent To: **Enhanced Recovery Corp** | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **Sprint** **PO Box 3827** **Englewood, CO 80155** | | | | Additional Notice Sent To: **Enhanced Recovery Corp** | | | | **Notice Only** |

Sheet no. __**5**__ of __**28**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Darrel D Hunter,**
　　　　**Sheena M. Straughter**                                                ,
　　　　　　　　　　　　　　　　Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**EOS CCA**<br>**PO Box 439**<br>**Norwell, MA 02061** | | J | | | | | 136.24 |
| Account No.<br><br>**AT&T Mobility**<br>**PO Box 6416**<br>**Carol Stream, IL 60197-6416** | | | **Additional Notice Sent To:**<br>**EOS CCA** | | | | Notice Only |
| Account No.<br><br>**EOS CCA**<br>**700 Longwater Drive**<br>**Norwell, MA 02061** | | | **Additional Notice Sent To:**<br>**EOS CCA** | | | | Notice Only |
| Account No.<br><br>**EOS CCA**<br>**8201 183rd Street**<br>**Tinley Park, IL 60487** | | | **Additional Notice Sent To:**<br>**EOS CCA** | | | | Notice Only |
| Account No.<br><br>**Equifax Information Services, LLC**<br>**1550 Peachtree Street NW**<br>**Atlanta, GA 30309** | | J | **Notice Only** | | | | 0.00 |

Sheet no. __6__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

136.24

B6F (Official Form 6F) (12/07) - Cont.

In re  **Darrel D Hunter,**
     **Sheena M. Straughter**
                                 Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **ErSolutions** <br> **P.O. Box 9004** <br> **Renton, WA 98057** | | J | | | | | 524.93 |
| Account No. <br><br> **ERSolutions, Inc.** <br> **800 SW 39th Street** <br> **Renton, WA 98057** | | | **Additional Notice Sent To:** <br> **ErSolutions** | | | | **Notice Only** |
| Account No. <br><br> **Experian Information Solutions, Inc.** <br> **475 Anton Boulevard** <br> **Costa Mesa, CA 92626** | | J | **Notice Only** | | | | 0.00 |
| Account No. xxxxxxxxxxxx2678 <br><br> **First Premier Bank** <br> **601 S Minnesota Avenue** <br> **Sioux Falls, SD 57104** | | H | **Opened  8/01/09  Last Active  8/31/13** <br> **Credit Card** | | | | 472.00 |
| Account No. <br><br> **First Premier Bank** <br> **PO Box 5524□□** <br> **Sioux Falls, SD 57117** | | | **Additional Notice Sent To:** <br> **First Premier Bank** | | | | **Notice Only** |

Sheet no. __**7**___ of __**28**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

996.93

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Darrel D Hunter,**
**Sheena M. Straughter**                                          Case No. _____
                                                                ,
                                          Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **First Source Advantage LLC** <br> **76502 Magna Drive** <br> **Belleville, IL 62223** | | J | | | | | **0.00** |
| Account No. <br><br> **Capital One, N.A. *** <br> **c/o American Infosource** <br> **P.O Box 54529** <br> **Oklahoma City, OK 73154** | | | Additional Notice Sent To: <br> First Source Advantage LLC | | | | **Notice Only** |
| Account No. <br><br> **Capital One, N.A.*** <br> **1680 Capital One Drive** <br> **Mc Lean, VA 22102** | | | Additional Notice Sent To: <br> First Source Advantage LLC | | | | **Notice Only** |
| Account No. <br><br> **First Source Advantage** <br> **PO Box 628** <br> **Buffalo, NY 14240** | | | Additional Notice Sent To: <br> First Source Advantage LLC | | | | **Notice Only** |
| Account No. <br><br> **First Sources Advantage, LLC** <br> **205 Bryant Woods South** <br> **Amherst, NY 14228** | | | Additional Notice Sent To: <br> First Source Advantage LLC | | | | **Notice Only** |

Sheet no. __8__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Darrel D Hunter,**                                           Case No. _____
        **Sheena M. Straughter**
                                                            ,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
| Account No. | | | | Notice Only Case No.: 2012 CH 11249 | | | | |
| **Freedman Anselmo Lindberg LLC 1807 W. Diehl Road, Suite 333 Naperville, IL 60563** | W | | | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| **Genesis Financial Solutions, Inc 8405 SW Nimbus Avenue Beaverton, OR 97008** | J | | | | | | | |
| | | | | | | | | 1,138.24 |
| Account No. | | | | | | | | |
| **Harris & Harris, Ltd. 111 West Jackson Boulevard, Suite 400 Chicago, IL 60604** | J | | | | | | | |
| | | | | | | | | 398.09 |
| Account No. | | | | | | | | |
| **Arnold Scott Harris, P.C 111 West Jackson Boulevard, Suite 600 Chicago, IL 60604** | | | | Additional Notice Sent To: Harris & Harris, Ltd. | | | | Notice Only |
| Account No. | | | | | | | | |
| **Arnold Scott Harris, P.C. 222 Merchandise Mart Plaza, Suite 1932 Chicago, IL 60654** | | | | Additional Notice Sent To: Harris & Harris, Ltd. | | | | Notice Only |

Sheet no. __9__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **1,536.33**

B6F (Official Form 6F) (12/07) - Cont.

In re **Darrel D Hunter,**
        **Sheena M. Straughter**                                    Case No. _____
                                                    ,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxx3545** | | | | Collection for Eye Phys Surgeons Of Chicago | | | | |
| **Harvard Collection** **Harvard Collection Services** **4839 N Elston Avenue** **Chicago, IL 60630** | | H | | | | | | 357.00 |
| Account No. | | | | | | | | |
| **Eye Physicians & Surgeons of Chicago** **2800 N. Sheridan Road #103** **Chicago, IL 60657** | | | | Additional Notice Sent To: Harvard Collection | | | | Notice Only |
| Account No. | | | | | | | | |
| **Imagine** **PO Box 11804** **Newark, NJ 07101** | | J | | | | | | 337.21 |
| Account No. | | | | Collection for Tribute Mastercard | | | | |
| **Jefferson Capital Systems** **Po Box 953185** **Saint Louis, MO 63195** | | J | | | | | | 1,050.11 |
| Account No. | | | | | | | | |
| **Dynia & Associates, LLC** **1400 E. Touhy Avenue, Suite G2** **Des Plaines, IL 60018** | | | | Additional Notice Sent To: Jefferson Capital Systems | | | | Notice Only |

Sheet no. __**10**__ of __**28**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    1,744.32

B6F (Official Form 6F) (12/07) - Cont.

In re    **Darrel D Hunter,**                                           Case No. _____
         **Sheena M. Straughter**
                                                    ,
                                            Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Dynia & Associates, LLC** **4849 N. Milwaukee Avenue** **Chicago, IL 60630** | | | | **Additional Notice Sent To:** **Jefferson Capital Systems** | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **Integrity Solution Services** **20 Corporate Hills Drive** **Saint Charles, MO 63301** | | | | **Additional Notice Sent To:** **Jefferson Capital Systems** | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **Integrity Solutions Services, Inc.** **PO Box 701** **Chesterfield, MO 63006** | | | | **Additional Notice Sent To:** **Jefferson Capital Systems** | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **Pentagroup Financial** **5959 Corporate Drive #1400** **Houston, TX 77036** | | | | **Additional Notice Sent To:** **Jefferson Capital Systems** | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **Tribute Card Services** **PO Box 105555** **Atlanta, GA 30348-5555** | | | | **Additional Notice Sent To:** **Jefferson Capital Systems** | | | | **Notice Only** |

Sheet no. __11__ of __28__ sheets attached to Schedule of                    Subtotal
Creditors Holding Unsecured Nonpriority Claims                          (Total of this page)                    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Darrel D Hunter,**
      **Sheena M. Straughter**                            Case No. _____

                                        Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **JPMorgan Chase\*** <br> **270 Park Avenue** <br> **New York, NY 10017** | | W | **Property Sold in Foreclosure Sale** <br> **6700 S. Shore Drive, #3C, Chicago, Illinois 60649** <br> **Single Family Dwelling** <br> **Value Per Zillow.com** <br> **Purchased in (Purchase Price $)** <br> **75,895.00** | | | | **1.00** |
| Account No. <br><br> **Law Offices of Alan M Laskin** <br> **9381 E Stockton Boulevard, #116** <br> **Elk Grove, CA 95624** | | J | **Notice Only** | | | | **0.00** |
| Account No. <br><br> **Loan Shop Online** <br> **2207 Concord Pike #250** <br> **Wilmington, DE 19803** | | J | | | | | **520.00** |
| Account No. xxxxxxxxx0320 <br><br> **Macy's** <br> **Po Box 183083** <br> **Columbus, OH 43218** | | W | **Opened 3/01/98 Last Active 8/08/13** <br> **Charge Account** | | | X | **1.00** |
| Account No. <br><br> **Discover Financial Services** <br> **2500 Lake Cook Rd.** <br> **Deerfield, IL 60015** | | | **Additional Notice Sent To:** <br> **Macy's** | | | | **Notice Only** |

Sheet no. __12__ of __28__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                            Subtotal <br> (Total of this page)       **522.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Darrel D Hunter,**
      **Sheena M. Straughter**                                                Case No. _____

_____,
                                  Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Discover Financial Services LLC** **Po Box 15316** **Wilmington, DE 19850** | | | Additional Notice Sent To: Macy's | | | | **Notice Only** |
| Account No. **xxxxxxxx0330** | | | Opened  9/01/09  Last Active  8/08/13 Charge Account | | | X | |
| **Macy's** **Po Box 183083** **Columbus, OH 43218** | | W | | | | | **1.00** |
| Account No. | | | | | | | |
| **Discover Financial Services** **2500 Lake Cook Rd.** **Deerfield, IL 60015** | | | Additional Notice Sent To: Macy's | | | | **Notice Only** |
| Account No. | | | | | | | |
| **Discover Financial Services LLC** **Po Box 15316** **Wilmington, DE 19850** | | | Additional Notice Sent To: Macy's | | | | **Notice Only** |
| Account No. **xxxxxxx9030** | | | Credit Card | | | | |
| **Macy's** **Po Box 183083** **Columbus, OH 43218** | | W | | | | | **3,902.53** |

Sheet no. __**13**__ of __**28**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**3,903.53**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Darrel D Hunter,**
      **Sheena M. Straughter**
                              Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Discover Financial Services** <br>**2500 Lake Cook Rd.** <br>**Deerfield, IL 60015** | | | **Additional Notice Sent To:** <br>**Macy's** | | | | **Notice Only** |
| Account No. <br><br>**Discover Financial Services LLC** <br>**Po Box 15316** <br>**Wilmington, DE 19850** | | | **Additional Notice Sent To:** <br>**Macy's** | | | | **Notice Only** |
| Account No. **xx5721** <br><br>**Medical Business Bureau** <br>**Po Box 1219** <br>**Park Ridge, IL 60068** | | H | **Opened 2/01/11** <br>**Collection for U Of I Dept Of Medicine** | | | | **70.00** |
| Account No. <br><br>**Eye Physicians & Surgeons of Chicago** <br>**2800 N. Sheridan Road #103** <br>**Chicago, IL 60657** | | | **Additional Notice Sent To:** <br>**Medical Business Bureau** | | | | **Notice Only** |
| Account No. <br><br>**Medical Business Bureau** <br>**1460 Renaissance D Suite 400** <br>**Park Ridge, IL 60068** | | | **Additional Notice Sent To:** <br>**Medical Business Bureau** | | | | **Notice Only** |

Sheet no. __14__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**70.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Darrel D Hunter,**
       **Sheena M. Straughter**                                    Case No. _____

_____,
                          Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| **Account No.** | | | | | | | | |
| **Medical Business Bureau** **1175 Deven Drive, Suite 173** **Morton Shores, MI 49441** | | | | Additional Notice Sent To: **Medical Business Bureau** | | | | **Notice Only** |
| **Account No.** | | | | Medical | | | | |
| **Melrose Dental Center** **147 N 15th Ave** **Melrose Park, IL 60160** | | J | | | | | | **Unknown** |
| **Account No.** | | | | Collectionfor Continental Finance | | | | |
| **Mercantile** **6341 Inducon Drive East** **Sanborn, NY 14132** | | J | | | | | | **842.44** |
| **Account No.** | | | | Additional Notice Sent To: **Mercantile** | | | | **Notice Only** |
| **Continental Finance** **P.O. Box 8099** **Newark, DE 19714** | | | | | | | | |
| **Account No.** | | | | Additional Notice Sent To: **Mercantile** | | | | **Notice Only** |
| **Continental Finance** **P.O. Box 30311** **Tampa, FL 33630** | | | | | | | | |

| | | |
|---|---|---|
| Sheet no. __**15**__ of __**28**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | **842.44** |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re    **Darrel D Hunter,**
**Sheena M. Straughter**

Case No. _____

Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Mercantile Adjustment Bureau, LLC PO Box 9055 Buffalo, NY 14231** | | | Additional Notice Sent To: Mercantile | | | | **Notice Only** |
| Account No. **Mercantile Adjustment Bureau, LLC PO Box 9016 Buffalo, NY 14231** | | | Additional Notice Sent To: Mercantile | | | | **Notice Only** |
| Account No. **Midland Credit Management, Inc. 8875 Aero Drive San Diego, CA 92123** | J | | Collection Urban Trust Bank | | | | **1,054.26** |
| Account No. **Urban Partnership Bank 7936 S. Cottage Grove Ave. Chicago, IL 60619** | | | Additional Notice Sent To: Midland Credit Management, Inc. | | | | **Notice Only** |
| Account No. **xxxxx8080** **Midland Funding 8875 Aero Dr Ste 200 San Diego, CA 92123** | H | | Opened 12/01/11 Collection for First Bank Of Delaware | | | | **871.00** |

Sheet no. __16__ of __28__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,925.26**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Darrel D Hunter,**
       **Sheena M. Straughter**
                                                                Case No. _____
_____,
                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **First Bank and Trust**<br>**820 Church Street**<br>**Evanston, IL 60201** | | | Additional Notice Sent To:<br>**Midland Funding** | | | | **Notice Only** |
| Account No. | | | | | | | |
| **Midland Credit Management, Inc.**<br>**8875 Aero Drive Suite 200**<br>**San Diego, CA 92123** | | | Additional Notice Sent To:<br>**Midland Funding** | | | | **Notice Only** |
| Account No. | | | **Collection for Credit One Bank** | | | | |
| **Midland Funding**<br>**8875 Aero Drive, Suite 200**<br>**San Diego, CA 92123** | | J | | | | | **1,257.46** |
| Account No. | | | | | | | |
| **Credit One Bank**<br>**P.O Box 98872**<br>**Las Vegas, NV 89193** | | | Additional Notice Sent To:<br>**Midland Funding** | | | | **Notice Only** |
| Account No. | | | **Notice Only**<br>**Case No.: 2014 M1 146789** | | | | |
| **Migdal Law Group LLP**<br>**PO Box 64600**<br>**Chicago, IL 60664** | | J | | | | | **0.00** |

Sheet no. __17__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                        **1,257.46**

B6F (Official Form 6F) (12/07) - Cont.

In re **Darrel D Hunter,**
       **Sheena M. Straughter**                                         ,                     Case No. _____
                                   Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Collection for B&L Marketing | | | | |
| **National Credit Adjuster** **327 West 4th** **PO BOX 3023** **Hutchinson, KS 67504** | | J | | | | | 270.00 |
| Account No. | | | Collection for At&T | | | | |
| **NCO Financial Systems, Inc.** **507 Prudential Road** **Horsham, PA 19044** | | J | | | | | 33.75 |
| Account No. | | | Additional Notice Sent To: NCO Financial Systems, Inc. | | | | |
| **At & T** **Po Box 5080** **Carol Stream, IL 60197-5080** | | | | | | | **Notice Only** |
| Account No. | | | Additional Notice Sent To: NCO Financial Systems, Inc. | | | | |
| **At & T Mobility** **P.O. Box 6416** **Carol Stream, IL 60197** | | | | | | | **Notice Only** |
| Account No. | | | Notice Only | | | | |
| **Northland Group Inc.** **7831 Glenroy Road, Suite 250** **Minneapolis, MN 55439** | | J | | | | | 0.00 |

Sheet no. __18__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    303.75

B6F (Official Form 6F) (12/07) - Cont.

In re   **Darrel D Hunter,**
     **Sheena M. Straughter**                                           Case No. _____

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Northland Group, Inc.** <br> **P.O. Box 390846** <br> **Minneapolis, MN 55439** | | | Additional Notice Sent To: <br> **Northland Group Inc.** | | | | **Notice Only** |
| Account No. <br><br> **Orchard Bank** <br> **Po Box 17051** <br> **Baltimore, MD 21297** | | J | | | | | **570.63** |
| Account No. <br><br> **HSBC** <br> **Po Box 5213** <br> **Carol Stream, IL 60197** | | | Additional Notice Sent To: <br> **Orchard Bank** | | | | **Notice Only** |
| Account No. <br><br> **Pay Day Loan Store** <br> **300 N. Elizabeth Street** <br> **Chicago, IL 60607** | | J | **Notice Only** | | | | **0.00** |
| Account No. <br><br> **Pay Day Loan Store of Illinois, Inc.** <br> **947B Sibley Boulevard** <br> **Dolton, IL 60419** | | | Additional Notice Sent To: <br> **Pay Day Loan Store** | | | | **Notice Only** |

Sheet no. __**19**__ of __**28**__ sheets attached to Schedule of                    Subtotal
Creditors Holding Unsecured Nonpriority Claims                    (Total of this page)                    **570.63**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Darrel D Hunter,**
      **Sheena M. Straughter**
                                       ,
                             Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**PLS Loan Store Corporate Headquarters** <br>**One South Wacker Drive** <br>**Chicago, IL 60606** | | | Additional Notice Sent To: <br>**Pay Day Loan Store** | | | | **Notice Only** |
| Account No. <br><br>**Pierce & Associates** <br>**1 North Dearborn** <br>**Ste 1300** <br>**Chicago, IL 60602** | | W | Notice Only <br>Case No.: 2012 CH 01586 | | | | **0.00** |
| Account No. **xxx5958** <br><br>**Pinnacle** <br>**5950 La Place Ct** <br>**Carlsbad, CA 92008** | | - | Westgate M T Lakes | | | | **2,075.00** |
| Account No. **xxx5958** <br><br>**Pinnacle** <br>**5950 La Place Court** <br>**Carlsbad, CA 92008** | | J | Westgate M T Lakes | | | | **2,075.00** |
| Account No. <br><br>**Pinnacle Financial Group** <br>**7825 Washington Ave S** <br>**Ste 310** <br>**Minneapolis, MN 55439** | | | Additional Notice Sent To: <br>**Pinnacle** | | | | **Notice Only** |

Sheet no. __20__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                      Subtotal
                (Total of this page)        **4,150.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Darrel D Hunter,**
**Sheena M. Straughter**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Westgate Lake LLC** **5601 Windhover Drive** **Orlando, FL 32819** | | | Additional Notice Sent To: **Pinnacle** | | | | **Notice Only** |
| Account No. **xxxxxxxxxxxx9486** **Portfolio Recovery** **Attn: Bankruptcy** **Po Box 41067** **Norfolk, VA 23541** | | H | Opened  1/01/15 **Factoring Company Account Hsbc Bank Nevada N.A.** | | | | **641.00** |
| Account No. **HSBC** **One HSBC Center** **Buffalo, NY 14203** | | | Additional Notice Sent To: **Portfolio Recovery** | | | | **Notice Only** |
| Account No. **HSBC** **Attn: CLM FAP** **2929 Walden Avenue** **Depew, NY 14043** | | | Additional Notice Sent To: **Portfolio Recovery** | | | | **Notice Only** |
| Account No. **Portfolio Recovery Associates** **Po box 12914** **Norfolk, VA 23541** | | | Additional Notice Sent To: **Portfolio Recovery** | | | | **Notice Only** |

Sheet no. __21__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**641.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Darrel D Hunter,**
    **Sheena M. Straughter**
                                                  Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Portfolio Recovery Associates, Inc**<br>**120 Corporate Boulevard**<br>**Norfolk, VA 23502** | | | **Additional Notice Sent To:**<br>**Portfolio Recovery** | | | | **Notice Only** |
| Account No. <br><br>**Portfolio Recovery Associates**<br>**Po box 12914**<br>**Norfolk, VA 23541** | | J | **Colection for Providian National Bank** | | | | **1,226.12** |
| Account No. <br><br>**Portfolio Recovery Associates LLC**<br>**PO Box 41067**<br>**Norfolk, VA 23541** | | | **Additional Notice Sent To:**<br>**Portfolio Recovery Associates** | | | | **Notice Only** |
| Account No. <br><br>**Providian-Washington Mutual**<br>**PO Box 15153**<br>**Wilmington, DE 19886** | | | **Additional Notice Sent To:**<br>**Portfolio Recovery Associates** | | | | **Notice Only** |
| Account No. **xxxxxxxxxxxxx4710** <br><br>**Rgs Financial**<br>**1700 Jay Ell Drive, Suite 200**<br>**Richardson, TX 75081** | | H | **Opened 11/01/14**<br>**Collection for Tcf Bank** | | | | **1,224.00** |

Sheet no. __22__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,450.12**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Darrel D Hunter,**                                                      Case No. _____
    **Sheena M. Straughter**
                                                 ,
                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br>**TCF Banking & Savings** <br>**801 Marquette Avenue** <br>**Minneapolis, MN 55402** | | | | **Additional Notice Sent To:** <br>**Rgs Financial** | | | | **Notice Only** |
| Account No. <br><br>**TCF National Bank** <br>**PO Box 1485** <br>**Minneapolis, MN 55480** | | | | **Additional Notice Sent To:** <br>**Rgs Financial** | | | | **Notice Only** |
| Account No. xxxxxxxxxxxx7669 <br><br>**Sams Club** <br>**Attention: Bankruptcy Department** <br>**Po Box 103104** <br>**Roswell, GA 30076** | | W | | **Opened 9/01/96 Last Active 8/08/13** <br>**Charge Account** | | | | **4,903.72** |
| Account No. <br><br>**GE Capital Retail Consumer Finance** <br>**1600 Summer Street** <br>**Fifth Floor** <br>**Stamford, CT 06905** | | | | **Additional Notice Sent To:** <br>**Sams Club** | | | | **Notice Only** |
| Account No. <br><br>**GE Money Bank Care Card** <br>**Po Box 960061** <br>**Orlando, FL 32896** | | | | **Additional Notice Sent To:** <br>**Sams Club** | | | | **Notice Only** |

Sheet no. __23__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                         Subtotal           **4,903.72**
                              (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re **Darrel D Hunter,**
       **Sheena M. Straughter**

Case No. _____

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Portfolio Recovery Associates LLC** <br>**PO Box 41067** <br>**Norfolk, VA 23541** | | | Additional Notice Sent To: <br>**Sams Club** | | | | **Notice Only** |
| Account No. <br><br>**Silverleaf Resorts** <br>**1221 River Bend Drive, Suite 120** <br>**Dallas, TX 75247** | | - | | | | | **1.00** |
| Account No. <br><br>**The Lodge Homeowners Association** <br>**PO Box 1380** <br>**Bridgeport, TX 76426** | | - | | | | | **1.00** |
| Account No. <br><br>**The Quadrangle Condominium Association** <br>**5658 S. Blackstone** <br>**Chicago, IL 60637** | | - | **Property Sold in Foreclosure Sale** <br>**6700 S. Shore Drive, #3C, Chicago, Illinois 60649** <br>**Single Family Dwelling** <br>**Value Per Zillow.com** <br>**Purchased in (Purchase Price $) 75,895.00** | | | | **19,883.03** |
| Account No. <br><br>**Reoexperts LLC** <br>**PO box 53011** <br>**Chicago, IL 60653** | | | Additional Notice Sent To: <br>**The Quadrangle Condominium Association** | | | | **Notice Only** |

Sheet no. __24__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**19,885.03**

B6F (Official Form 6F) (12/07) - Cont.

In re **Darrel D Hunter,** 
    **Sheena M. Straughter**

Case No. _____

Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**The Quadrangle Condominium Association c/o John Boyer 1428 E 57th Street Chicago, IL 60637** | | | **Additional Notice Sent To: The Quadrangle Condominium Association** | | | | **Notice Only** |
| Account No. <br><br>**The Quadrangle Condominium Association c/o Jason T. Mayer, Smith Amudsen LLC 150 North Michigan Ave, Suite 3300 Chicago, IL 60601** | | | **Additional Notice Sent To: The Quadrangle Condominium Association** | | | | **Notice Only** |
| Account No. <br><br>**Trans Union LLC 1561 E. Orangethorpe Avenue Fullerton, CA 92831** | | - | **Notice Only** | | | | 0.00 |
| Account No. **xxxx0928** <br><br>**United Recovery Systems, LP P.O. Box 722929 Houston, TX 77272** | | W | **Collection Agency Citibank N.A** | | | | **21,457.60** |
| Account No. <br><br>**Citibank, N.A. 399 Park Avenue New York, NY 10022** | | | **Additional Notice Sent To: United Recovery Systems, LP** | | | | **Notice Only** |

Sheet no. __**25**__ of __**28**__ sheets attached to Schedule of 
Creditors Holding Unsecured Nonpriority Claims

Subtotal 
(Total of this page)

**21,457.60**

B6F (Official Form 6F) (12/07) - Cont.

In re **Darrel D Hunter,**
**Sheena M. Straughter**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Citicorp Credit Services \*** **ATTN: Internal Recovery; Centralized Bk** **P.O. Box 790034** **Saint Louis, MO 63179-0034** | | | Additional Notice Sent To: **United Recovery Systems, LP** | | | | **Notice Only** |
| Account No. **xxxxxxxxxxxx8581** **US Department of Education/glelsi** **Po Box 7860** **Madison, WI 53707** | | - | **Opened 11/01/11  Last Active  9/30/13** **Educational** | | | | **36,288.00** |
| Account No. **Great Lakes EducationalLoan Services** **PO Box 530229** **Atlanta, GA 30353** | | | Additional Notice Sent To: **US Department of Education/glelsi** | | | | **Notice Only** |
| Account No. **Great Lakes EducationalLoan Services inc** **Glelsi** **2401 International Lane** **Madison, WI 53704** | | | Additional Notice Sent To: **US Department of Education/glelsi** | | | | **Notice Only** |
| Account No. **US Department of Education** **PO Box 16448** **Saint Paul, MN 55116** | | | Additional Notice Sent To: **US Department of Education/glelsi** | | | | **Notice Only** |

Sheet no. __26__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**36,288.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Darrel D Hunter,**
    **Sheena M. Straughter**

                        Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xxxxx0374**<br><br>**Victoria's Secret**<br>**Attention: Bankruptcy**<br>**Po Box 182125**<br>**Columbus, OH 43218** | - | | | | **Opened 12/01/08  Last Active  8/10/13**<br>**Charge Account** | | | | **1,001.99** |
| Account No.<br><br>**Comenity Bank**<br>**PO Box 182789**<br>**Columbus, OH 43218** | | | | | Additional Notice Sent To:<br>**Victoria's Secret** | | | | **Notice Only** |
| Account No.<br><br>**Comenity Bank**<br>**220 W. Schrock Road**<br>**Westerville, OH 43081** | | | | | Additional Notice Sent To:<br>**Victoria's Secret** | | | | **Notice Only** |
| Account No.<br><br>**Quantum3 Group LLC agent for**<br>**Galaxy Asset Purchasing LLC**<br>**PO Box 788**<br>**Kirkland, WA 98083** | | | | | Additional Notice Sent To:<br>**Victoria's Secret** | | | | **Notice Only** |
| Account No.<br><br>**Quantum3 Group LLC as agent for**<br>**Comenity Bank**<br>**PO Box 788**<br>**Kirkland, WA 98083** | | | | | Additional Notice Sent To:<br>**Victoria's Secret** | | | | **Notice Only** |

Sheet no. __**27**__ of __**28**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,001.99**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Darrel D Hunter,**
      **Sheena M. Straughter**                                       ,         Case No. _____

                                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Village of Dolton**<br>**14014 Park Avenue**<br>**Dolton, IL 60417** | - | | **Water Bill** | | | | **3,000.00** |
| Account No. **xxxxxxxxxxxx1444**<br><br>**Wells Fargo**<br>**Po Box 14517**<br>**Des Moines, IA 50306** | - | | **Opened  1/01/07  Last Active  4/21/13**<br>**Credit Card** | | | | **8,702.15** |
| Account No.<br><br>**Wells Fargo Bank NV N.A.**<br>**Attn: Deposits Bankruptcy MAC#**<br>**P6103-05K**<br>**Po Box 3908**<br>**Portland, OR 97208** | | | **Additional Notice Sent To:**<br>**Wells Fargo** | | | | **Notice Only** |
| Account No.<br><br>**Wells Fargo Bank, N.A.**<br>**420 Montgomery Street**<br>**San Francisco, CA 94132** | | | **Additional Notice Sent To:**<br>**Wells Fargo** | | | | **Notice Only** |
| Account No. | | | | | | | |

Sheet no. __28__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal<br>(Total of this page) | **11,702.15** |
|---|---|---|
|  | Total<br>(Report on Summary of Schedules) | **157,890.47** |

B6G (Official Form 6G) (12/07)

.

In re    **Darrel D Hunter,**                                                        Case No. _____
          **Sheena M. Straughter**

_____,
                                        Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Augustine Diane Branch**<br>**1135 E. Sibley Boulevard**<br>**Dolton, IL 60419** | **Debtor is Lessor**<br>**Monthly Payment: $1275.00**<br>**Assume** |
| **Erica Pegnes**<br>**1020 E. 150th Place, #1W**<br>**Dolton, IL 60419** | **Debtor is Lessor**<br>**Monthly Payment: $ 695.00**<br>**Month to Month Lease** |
| **Glenda Gunn**<br>**1020 E. 150th Place**<br>**Dolton, IL 60419** | **Debtor is Lessor Monthly Payment $900.00**<br>**Assume** |
| **Mlke Jones**<br>**1020 E. 150th Place**<br>**Apt 2E**<br>**Dolton, IL 60419** | **Debtor is Lessor**<br>**Monthly Payment: $795.00**<br>**Assume** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

.

In re    **Darrel D Hunter,**                          Case No. _____
          **Sheena M. Straughter**

                                   Debtors

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Sebastian Straughter**<br>**PO Box 53011**<br>**Chicago, IL 60653** | **Wells Fargo Home Mortgage**<br>**5620 Brooklyn Boulevard**<br>**Minneapolis, MN 55429** |

**0**

_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                            Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Darrel D Hunter** |
| Debtor 2 (Spouse, if filing) | **Sheena M. Straughter** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (If known) | |

Check if this is:
☐ An amended filing
☐ A supplement showing post-petition chapter 13 income as of the following date:
_____
MM / DD/ YYYY

## Official Form B 6I

## Schedule I: Your Income                                     12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:   Describe Employment**

| 1. Fill in your employment information. | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| If you have more than one job, attach a separate page with information about additional employers. | Employment status | ■ Employed<br>☐ Not employed | ■ Employed<br>☐ Not employed |
| | Occupation | **Building Service Worker** | **Stylist** |
| Include part-time, seasonal, or self-employed work. | Employer's name | **UIC Hospital** | **Salon Owner** |
| Occupation may include student or homemaker, if it applies. | Employer's address | **1801 W. Taylor Street Chicago, IL 60612** | **1135 E. Sibley Boulevard Dolton, IL 60419** |
| | How long employed there? | **9 Years** | **17 1/2 Years** |

**Part 2:   Give Details About Monthly Income**

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ **3,949.90** | $ **0.00** |
| 3. | Estimate and list monthly overtime pay. | 3. | +$ **0.00** | +$ **0.00** |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. | $ **3,949.90** | $ **0.00** |

Debtor 1   **Darrel D Hunter**
Debtor 2   **Sheena M. Straughter** _____   Case number (*if known*) _____

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| **Copy line 4 here** ....................................... | 4. | $ 3,949.90 | $ 0.00 |

5. **List all payroll deductions:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ 459.49 | $ 0.00 |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $ 315.99 | $ 0.00 |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ 0.00 |
| 5d. **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ 0.00 |
| 5e. **Insurance** | 5e. | $ 309.31 | $ 0.00 |
| 5f. **Domestic support obligations** | 5f. | $ 0.00 | $ 0.00 |
| 5g. **Union dues** | 5g. | $ 47.71 | $ 0.00 |
| 5h. **Other deductions.** Specify:  **Parking** | 5h.+ | $ 54.90 + | $ 0.00 |

| | | | |
|---|---|---|---|
| 6. **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ 1,187.40 | $ 0.00 |
| 7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ 2,762.50 | $ 0.00 |

8. **List all other income regularly received:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 8a. | **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 1,125.00 | $ 1,460.00 |
| 8b. | **Interest and dividends** | 8b. | $ 0.00 | $ 0.00 |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| 8d. | **Unemployment compensation** | 8d. | $ 0.00 | $ 0.00 |
| 8e. | **Social Security** | 8e. | $ 0.00 | $ 0.00 |
| 8f. | **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | $ 0.00 | $ 0.00 |
| 8g. | **Pension or retirement income** | 8g. | $ 0.00 | $ 0.00 |
| 8h. | **Other monthly income.** Specify: | 8h.+ | $ 0.00 + | $ 0.00 |

| | | | |
|---|---|---|---|
| 9. **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ 1,125.00 | $ 1,460.00 |

| | | | | | |
|---|---|---|---|---|---|
| 10. **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 3,887.50 | + $ 1,460.00 | = | $ 5,347.50 |

11. **State all other regular contributions to the expenses that you list in Schedule J.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
Specify: _____   11.   +$ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies   12.   $ 5,347.50

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
☐ No.
■ Yes. Explain:  **Joint Debtor is surrendering property located at 1020 E. 150th Place and so will stop receiving rental income for the same.**

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Darrel D Hunter** |
| Debtor 2 (Spouse, if filing) | **Sheena M. Straughter** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (If known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

## Official Form B 6J
## Schedule J: Your Expenses                                   12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Your Household

1.  **Is this a joint case?**

    ☐ No. Go to line 2.

    ■ Yes. **Does Debtor 2 live in a separate household?**

        ■ No

        ☐ Yes. Debtor 2 must file a separate Schedule J.

2.  **Do you have dependents?**   ☐ No

    Do not list Debtor 1 and Debtor 2.    ■ Yes.   Fill out this information for each dependent..............

    Do not state the dependents' names.

| | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|---|
| | Daughter | 17 | ☐ No  ■ Yes |
| | | | ☐ No  ☐ Yes |
| | | | ☐ No  ☐ Yes |
| | | | ☐ No  ☐ Yes |

3.  **Do you include expenses of people other than yourself and your dependents?**   ■ No   ☐ Yes

### Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J,* check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 6I.)

| | | | Your expenses |
|---|---|---|---|
| 4. | The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. $ | 2,315.13 |
| | **If not included in line 4:** | | |
| 4a. | Real estate taxes | 4a. $ | 0.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ | 200.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ | 80.00 |
| 4d. | Homeowner's association or condominium dues | 4d. $ | 0.00 |
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. $ | 0.00 |

| Debtor 1 | **Darrel D Hunter** | | |
|---|---|---|---|
| Debtor 2 | **Sheena M. Straughter** | Case number (if known) | |

| 6. | **Utilities:** | | | |
|---|---|---|---|---|
| | 6a. | Electricity, heat, natural gas | 6a. $ | **285.00** |
| | 6b. | Water, sewer, garbage collection | 6b. $ | **50.00** |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | **360.00** |
| | 6d. | Other. Specify: | 6d. $ | **0.00** |
| 7. | **Food and housekeeping supplies** | | 7. $ | **550.00** |
| 8. | **Childcare and children's education costs** | | 8. $ | **0.00** |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. $ | **115.00** |
| 10. | **Personal care products and services** | | 10. $ | **100.00** |
| 11. | **Medical and dental expenses** | | 11. $ | **50.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | | 12. $ | **320.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. $ | **0.00** |
| 14. | **Charitable contributions and religious donations** | | 14. $ | **150.00** |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. | Life insurance | 15a. $ | **101.00** |
| | 15b. | Health insurance | 15b. $ | **120.00** |
| | 15c. | Vehicle insurance | 15c. $ | **180.00** |
| | 15d. | Other insurance. Specify: | 15d. $ | **0.00** |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify:  **1135 E. Sibley Blvd, Dolton IL (Property Taxes)** | | 16. $ | **750.00** |
| 17. | **Installment or lease payments:** | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. $ | **485.00** |
| | 17b. | Car payments for Vehicle 2 | 17b. $ | **556.48** |
| | 17c. | Other. Specify:  **College Tuition** | 17c. $ | **277.77** |
| | 17d. | Other. Specify: | 17d. $ | **0.00** |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 6I).** | | 18. $ | **0.00** |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | | 19. | |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | | |
| | 20a. | Mortgages on other property | 20a. $ | **0.00** |
| | 20b. | Real estate taxes | 20b. $ | **0.00** |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. $ | **0.00** |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. $ | **0.00** |
| | 20e. | Homeowner's association or condominium dues | 20e. $ | **0.00** |
| 21. | **Other:** Specify:  **Home Alarm** | | 21. +$ | **41.00** |
| 22. | **Your monthly expenses.** Add lines 4 through 21. The result is your monthly expenses. | | 22. $ | **7,086.38** |
| 23. | **Calculate your monthly net income.** | | | |
| | 23a. | Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | **5,347.50** |
| | 23b. | Copy your monthly expenses from line 22 above. | 23b. -$ | **7,086.38** |
| | 23c. | Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. $ | **-1,738.88** |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

■ No.
☐ Yes.
Explain:

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re     **Darrel D Hunter**
**Sheena M. Straughter**                                              Case No.
_____     Chapter     **7**
                                                  Debtor(s)     _____

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of     **49**
sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date    **May 29, 2015**                              Signature    **/s/ Darrel D Hunter**
                                                      **Darrel D Hunter**
                                                      Debtor

Date    **May 29, 2015**                              Signature    **/s/ Sheena M. Straughter**
                                                      **Sheena M. Straughter**
                                                      Joint Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Darrel D Hunter**
     **Sheena M. Straughter**                          Case No. _____

                                              Debtor(s)             Chapter     **7** _____

# STATEMENT OF FINANCIAL AFFAIRS

       This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

       Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

       *"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

       *"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

### 1. Income from employment or operation of business

None     State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's
☐         business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$960.00** | **2015 YTD Gross Income (Debtor)** |
| | **Per Debtor Affidavit** |
| **$13,635.28** | **2015 YTD Gross Income (Non-Filing Spouse)** |
| | **Per Pay Advices** |
| **$2,880.00** | **2014 Estimated Gross Income (Debtor)** |
| | **Per Debtor** |
| **$54,238.19** | **2014 Gross Income (Non-Filing Spouse)** |
| | **Per Pay Advices** |
| **$47,473.00** | **2013 Gross Income (Joint)** |
| | **Per Tax Returns** |

B7 (Official Form 7) (04/13)
2

**2. Income other than from employment or operation of business**

None ☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $11,840.00 | **2015 YTD Gross Rental Income (Debtor) Per Lease** |
| $11,465.00 | **2014 Gross Rental Income (Debtor) Per Leases** |

**3. Payments to creditors**

None ■

*Complete a. or b., as appropriate, and c.*

a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ■

b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None ■

c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **US Bank National Association as Trustee Succesor Interest to Bank of America et. al. v. Sheena Straughter et. al.** | **Foreclosure** | **Cook County Circuit Court** | **Judgment** |

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)
3

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Bank of America** v. **Straughter Sheena M. et. al.** **Case No.: 2012 CH 01586** | **Foreclosure** | **Cook County Court Docket** | **Property sold through foreclosure** |
| **Sheena Straughter** v. **Angelique White** **Case No.: 2014 M6 6513** | **Civil** | **Circuit Court of Cook County, Illinois** | **Pending** |
| **Genesis Financial** v. **Hunter Darrel** **Case No.: 2014 M1 146789** | **Civil** | **Cook County Circuit Court, Illinois** | **Judgment** |

None
■    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None
☐    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Bank of America** **450 American Street Credit Reporting** **Simi Valley, CA 93065** | **2013** | **6700 S. Shore Drive, Unit 3C** **Chicago, IL 60649** |

**6. Assignments and receiverships**

None
■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

B7 (Official Form 7) (04/13)
4

### 7. Gifts

None ■ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None ■ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Sulaiman Law Group LTD**<br>**900 Jorie Blvd**<br>**Ste 150**<br>**Oak Brook, IL 60523** | **4/7/2015** | **$2,035.00 - Attorney fees**<br>**$465.00 - Costs (filing fee,**<br>**credit report, credit counseling**<br>**classes)** |

### 10. Other transfers

None ☐ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Gong Jin Luo**<br>**9434 S. Parnell Avenue**<br>**Chicago, IL 60620**<br>**Buyer** | **8/21/2013** | **9434 S. Parnell Avenue**<br>**Chicago, Ilinois 60620**<br>**$32,000.00** |
| **JPMorgan Chase***<br>**270 Park Avenue**<br>**New York, NY 10017**<br>**Buyer** | **June/July 2013** | **Property Sold in Foreclosure Sale**<br>**6700 S. Shore Drive, #3C, Chicago, Illinois 60649**<br>**Single Family Dwelling**<br>**Value Per Zillow.com**<br>**$75,895.00** |

None ■ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

B7 (Official Form 7) (04/13)
5

**11. Closed financial accounts**

None ☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |
| **TCF Banking & Savings<br>801 Marquette Avenue<br>Minneapolis, MN 55402** | **Checking Account No. ending with 6065** | **Overdrawn $1179.08** |

**12. Safe deposit boxes**

None ☐

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |
| **MB Financial<br>4800 N. Western Avenue<br>Chicago, IL 60625** | **Joint Debtor** | **Papers** | |

**13. Setoffs**

None ■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14. Property held for another person**

None ■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15. Prior address of debtor**

None ☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |
| **4605 S. Lake Park Avenue<br>Chicago, IL 60653** | **Joint Debtor** | **2008-2014** |

B7 (Official Form 7) (04/13)

6

### 16. Spouses and Former Spouses

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

### 18 . Nature, location and name of business

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

B7 (Official Form 7) (04/13)
7

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|
| **The Best Image Salon** | | **1135 E. Sibley Blvd. Dolton, IL 60419** | **Salon** | **Present** |

None
■    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                              ADDRESS

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None
☐    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------|------|
| **Burton Partners 931 N Plum Grove Road Schaumburg, IL 60173** | **2014-2015** |

None
■    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                    ADDRESS                    DATES SERVICES RENDERED

None
■    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                        ADDRESS

None
■    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                              DATE ISSUED

---

**20. Inventories**

None
■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY          INVENTORY SUPERVISOR          DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis)

None
■    b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

DATE OF INVENTORY                    NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS

B7 (Official Form 7) (04/13)
8

**21 . Current Partners, Officers, Directors and Shareholders**

None ☐ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ■ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

**22 . Former partners, officers, directors and shareholders**

None ■ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23 . Withdrawals from a partnership or distributions by a corporation**

None ■ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None ■ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None ■ If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

* * * * * *

**DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR**

B7 (Official Form 7) (04/13)
9

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **May 29, 2015**                          Signature  **/s/ Darrel D Hunter**

                                                          **Darrel D Hunter**
                                                          Debtor


Date  **May 29, 2015**                          Signature  **/s/ Sheena M. Straughter**

                                                          **Sheena M. Straughter**
                                                          Joint Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Darrel D Hunter**
**Sheena M. Straughter**

Debtor(s)

Case No. _____

Chapter **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**Club Wyndham Plus Cash Management** | **Describe Property Securing Debt:**<br>**Fair Field, Florida**<br>**Timeshare**<br>**Wyndham Resorts** |

Property will be (check one):

■ Surrendered          ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt                    ■ Not claimed as exempt

| Property No. 2 | |
|---|---|
| **Creditor's Name:**<br>**Cook County Treasurer's Office** | **Describe Property Securing Debt:**<br>**1020 East 150th Place, Dolton, Illinois 60419**<br>**Pin # 29-11-307-040-0000** |

Property will be (check one):

■ Surrendered          ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt                    ■ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                          Page 2

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>**Exeter** | **Describe Property Securing Debt:**<br>**2015 Nissan Rogue Select S**<br>**Value Per Nadaguides.com** |

Property will be (check one):
- ☐ Surrendered          ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ■ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ☐ Claimed as Exempt                    ■ Not claimed as exempt

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br>**Santander Consumer Usa** | **Describe Property Securing Debt:**<br>**2015 Toyota Rav4 4WD with 600 Miles**<br>**Value Per KBB, PPV** |

Property will be (check one):
- ☐ Surrendered          ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ■ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ☐ Claimed as Exempt                    ■ Not claimed as exempt

| Property No. 5 | |
|---|---|
| **Creditor's Name:**<br>**Wells Fargo Home Mortgage** | **Describe Property Securing Debt:**<br>**1020 East 150th Place, Dolton, Illinois 60419**<br>**Multi-Unit Building**<br>**Purchased in 1997 (Purchase Price $???)**<br>**Value Per Comps**<br>**:** |

Property will be (check one):
- ■ Surrendered          ☐ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ☐ Claimed as Exempt                    ■ Not claimed as exempt

B8 (Form 8) (12/08)                                                                      Page 3

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐  YES          ☐  NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  **May 29, 2015**            Signature   **/s/ Darrel D Hunter**
                                              **Darrel D Hunter**
                                              Debtor

Date  **May 29, 2015**            Signature   **/s/ Sheena M. Straughter**
                                              **Sheena M. Straughter**
                                              Joint Debtor

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Darrel D Hunter**
**Sheena M. Straughter**
_____    Case No. _____
Debtor(s)    Chapter    **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 2,035.00 |
| Prior to the filing of this statement I have received | $ | 2,035.00 |
| Balance Due | $ | 0.00 |

2.    $ **335.00** of the filing fee has been paid.

3.    The source of the compensation paid to me was:

■ Debtor    ☐ Other (specify):

4.    The source of compensation to be paid to me is:

☐ Debtor    ■ Other (specify):

5.    ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.    Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.    Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.    [Other provisions as needed]

7.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:
**Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **May 29, 2015**
_____

**/s/ Charles L. Magerski**
**Charles L. Magerski**
**Sulaiman Law Group, Ltd.**
**900 Jorie Boulevard**
**Suite 150**
**Oak Brook, IL 60523**
**630-575-8181  Fax: 630-575-8188**
**mbadwan@sulaimanlaw.com**

B 201A (Form 201A) (6/14)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $75 administrative fee, $15 trustee surcharge: Total Fee $335)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $75 administrative fee: Total Fee $310)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over

a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1,167 filing fee, $550 administrative fee: Total Fee $1,717)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $75 administrative fee: Total Fee $275)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

### 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court. The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Darrel D Hunter**
     **Sheena M. Straughter**        Case No. _____

                 Debtor(s)      Chapter    **7** _____

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**Darrel D Hunter**
**Sheena M. Straughter** _____    X   **/s/ Darrel D Hunter**      **May 29, 2015**
Printed Name(s) of Debtor(s)            Signature of Debtor        Date

Case No. (if known) _____    X   **/s/ Sheena M. Straughter**      **May 29, 2015**
                                   Signature of Joint Debtor (if any)        Date

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Darrel D Hunter**
**Sheena M. Straughter**

Case No.

Debtor(s)

Chapter    **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                                **143**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:    **May 29, 2015**                **/s/ Darrel D Hunter**
**Darrel D Hunter**
Signature of Debtor

Date:    **May 29, 2015**                **/s/ Sheena M. Straughter**
**Sheena M. Straughter**
Signature of Debtor

ACS Recovery Services, Inc
2828 N. Haskell
Dallas, TX 75204


Allied Interstate
PO Box 1954
Southgate, MI 48195-0954


Allied Interstate
PO Box 361774
Columbus, OH 43236


Allied Interstate
2290 Agate Court
Unit A1
Simi Valley, CA 93065


Ally
PO Box 951
Horsham, PA 19044


Ally Financial
PO Box 380901
Minneapolis, MN 55438


American Express
PO Box 1000
Los Angeles, CA 90096


American Express *
c/o Becket & Lee
P.O. Box 3001
Malvern, PA 19355


Arnold Scott Harris, P.C
111 West Jackson Boulevard, Suite 600
Chicago, IL 60604


Arnold Scott Harris, P.C.
222 Merchandise Mart Plaza, Suite 1932
Chicago, IL 60654


At & T
Po Box 5080
Carol Stream, IL 60197-5080

At & T Mobility
P.O. Box 6416
Carol Stream, IL 60197


AT&T Mobility
PO Box 6416
Carol Stream, IL 60197-6416


Bank Of America, N.A. *
401 N. Tryon Street
NC1-021-02-20
Charlotte, NC 28255


Burr Oak Cemetery
4400 W. 127th Street
Alsip, IL 60803


Capital Management Services LP
698 1/2 South Ogden Street
Buffalo, NY 14206


Capital One, N.A. *
c/o American Infosource
P.O Box 54529
Oklahoma City, OK 73154


Capital One, N.A.*
1680 Capital One Drive
Mc Lean, VA 22102


Chase
201 N. Walnut St//De1-1027
Wilmington, DE 19801


Chase *
ATTN: Bankruptcy Department
P.O. Box 15298
Wilmington, DE 19850


Chase *
3415 Vision Drive
Mail Code OH4-7142
Columbus, OH 43219

ChexSystems
7805 Hudson Road, Suite 100
Saint Paul, MN 55125


Citibank, N.A.
399 Park Avenue
New York, NY 10022


Citicorp Credit Services *
ATTN: Internal Recovery; Centralized Bk
P.O. Box 790034
Saint Louis, MO 63179-0034


City National Corporation
City National Plaza
555 South Flower Street
Los Angeles, CA 90071


Club Wyndham
PO Box 340090
Boston, MA 02241


Club Wyndham Plus Cash Management
PO Box 340090
Boston, MA 02241


Comenity Bank
PO Box 182789
Columbus, OH 43218


Comenity Bank
220 W. Schrock Road
Westerville, OH 43081


Continental Finance
P.O. Box 8099
Newark, DE 19714


Continental Finance
P.O. Box 30311
Tampa, FL 33630


Cook County Treasurer's Office
118 North Clark Street, Room 112
Chicago, IL 60602

Credit One Bank
P.O Box 98872
Las Vegas, NV 89193


Discover Financial Services
2500 Lake Cook Rd.
Deerfield, IL 60015


Discover Financial Services LLC
Po Box 15316
Wilmington, DE 19850


Dynia & Associates, LLC
1400 E. Touhy Avenue, Suite G2
Des Plaines, IL 60018


Dynia & Associates, LLC
4849 N. Milwaukee Avenue
Chicago, IL 60630


Enhanced Recovery Co
8014 Bayberry Road
Jacksonville, FL 32256


Enhanced Recovery Co
Po Box 3002
Southeastern, PA 19398


Enhanced Recovery Corp
Attention: Client Services
8014 Bayberry Road
Jacksonville, FL 32256


EOS CCA
PO Box 439
Norwell, MA 02061


EOS CCA
700 Longwater Drive
Norwell, MA 02061


EOS CCA
8201 183rd Street
Tinley Park, IL 60487

Equifax Information Services, LLC
1550 Peachtree Street NW
Atlanta, GA 30309


ErSolutions
P.O. Box 9004
Renton, WA 98057


ERSolutions, Inc.
800 SW 39th Street
Renton, WA 98057


Exeter
PO Box 166008
Irving, TX 75016


Exeter Finance Corp
PO Box 204480
Dallas, TX 75320


Experian Information Solutions, Inc.
475 Anton Boulevard
Costa Mesa, CA 92626


Eye Physicians & Surgeons of Chicago
2800 N. Sheridan Road #103
Chicago, IL 60657


First Bank and Trust
820 Church Street
Evanston, IL 60201


First Premier Bank
601 S Minnesota Avenue
Sioux Falls, SD 57104


First Premier Bank
PO Box 5524
Sioux Falls, SD 57117


First Source Advantage
PO Box 628
Buffalo, NY 14240

First Source Advantage LLC
76502 Magna Drive
Belleville, IL 62223


First Sources Advantage, LLC
205 Bryant Woods South
Amherst, NY 14228


Freedman Anselmo Lindberg LLC
1807 W. Diehl Road, Suite 333
Naperville, IL 60563


GE Capital Retail Consumer Finance
1600 Summer Street
Fifth Floor
Stamford, CT 06905


GE Money Bank Care Card
Po Box 960061
Orlando, FL 32896


Genesis Financial Solutions, Inc
8405 SW Nimbus Avenue
Beaverton, OR 97008


Great Lakes EducationalLoan Services
PO Box 530229
Atlanta, GA 30353


Great Lakes EducationalLoan Services inc
Glelsi
2401 International Lane
Madison, WI 53704


Harris & Harris, Ltd.
111 West Jackson Boulevard, Suite 400
Chicago, IL 60604


Harvard Collection
Harvard Collection Services
4839 N Elston Avenue
Chicago, IL 60630

HSBC
One HSBC Center
Buffalo, NY 14203


HSBC
Attn: CLM FAP
2929 Walden Avenue
Depew, NY 14043


HSBC
Po Box 5213
Carol Stream, IL 60197


Imagine
PO Box 11804
Newark, NJ 07101


Integrity Solution Services
20 Corporate Hills Drive
Saint Charles, MO 63301


Integrity Solutions Services, Inc.
PO Box 701
Chesterfield, MO 63006


Jefferson Capital Systems
Po Box 953185
Saint Louis, MO 63195


JPMorgan Chase*
270 Park Avenue
New York, NY 10017


Law Offices of Alan M Laskin
9381 E Stockton Boulevard, #116
Elk Grove, CA 95624


Loan Shop Online
2207 Concord Pike #250
Wilmington, DE 19803


LVNV Funding LLC its sucessors & assigns
assignee of Citibank Resurgent Cap Serv
PO Box 10587
Greenville, SC 29603

Macy's
Po Box 183083
Columbus, OH 43218

Medical Business Bureau
Po Box 1219
Park Ridge, IL 60068

Medical Business Bureau
1460 Renaissance D Suite 400
Park Ridge, IL 60068

Medical Business Bureau
1175 Deven Drive, Suite 173
Morton Shores, MI 49441

Melrose Dental Center
147 N 15th Ave
Melrose Park, IL 60160

Mercantile
6341 Inducon Drive East
Sanborn, NY 14132

Mercantile Adjustment Bureau, LLC
PO Box 9055
Buffalo, NY 14231

Mercantile Adjustment Bureau, LLC
PO Box 9016
Buffalo, NY 14231

Midland Credit Management, Inc.
8875 Aero Drive
San Diego, CA 92123

Midland Credit Management, Inc.
8875 Aero Drive Suite 200
San Diego, CA 92123

Midland Funding
8875 Aero Dr Ste 200
San Diego, CA 92123

Midland Funding
8875 Aero Drive, Suite 200
San Diego, CA 92123


Migdal Law Group LLP
PO Box 64600
Chicago, IL 60664


National Credit Adjuster
327 West 4th
PO BOX 3023
Hutchinson, KS 67504


NCO Financial Systems, Inc.
507 Prudential Road
Horsham, PA 19044


Northland Group Inc.
7831 Glenroy Road, Suite 250
Minneapolis, MN 55439


Northland Group, Inc.
P.O. Box 390846
Minneapolis, MN 55439


Ocwen Loan
1661 Worthington Road, Suite 100
West Palm Beach, FL 33409


Ocwen Loan Servicing
P.O. Box 6440
Carol Stream, IL 60197


Ocwen Loan Servicing
3451 Hammond Avenue
Waterloo, IA 50702


Ocwen Mortgage
Attn: Bankruptcy
P.O. Box 24738
West Palm Beach, FL 33416


Orchard Bank
Po Box 17051
Baltimore, MD 21297

Pay Day Loan Store
300 N. Elizabeth Street
Chicago, IL 60607


Pay Day Loan Store of Illinois, Inc.
947B Sibley Boulevard
Dolton, IL 60419


Pentagroup Financial
5959 Corporate Drive #1400
Houston, TX 77036


Pierce & Associates
1 North Dearborn
Ste 1300
Chicago, IL 60602


Pinnacle
5950 La Place Ct
Carlsbad, CA 92008


Pinnacle
5950 La Place Court
Carlsbad, CA 92008


Pinnacle Financial Group
7825 Washington Ave S
Ste 310
Minneapolis, MN 55439


PLS Loan Store Corporate Headquarters
One South Wacker Drive
Chicago, IL 60606


Portfolio Recovery
Attn: Bankruptcy
Po Box 41067
Norfolk, VA 23541


Portfolio Recovery Associates
Po box 12914
Norfolk, VA 23541

Portfolio Recovery Associates LLC
PO Box 41067
Norfolk, VA 23541


Portfolio Recovery Associates, Inc
120 Corporate Boulevard
Norfolk, VA 23502


Premier Bankcard / Charter
PO Box 2208
Vacaville, CA 95696


Providian-Washington Mutual
PO Box 15153
Wilmington, DE 19886


Quantum3 Group LLC agent for
Galaxy Asset Purchasing LLC
PO Box 788
Kirkland, WA 98083


Quantum3 Group LLC as agent for
Comenity Bank
PO Box 788
Kirkland, WA 98083


Reoexperts LLC
PO box 53011
Chicago, IL 60653


Residential Credit Solutions
4282 North Freeway
Fort Worth, TX 76137


Residential Credit Solutions Inc
PO Box 163349
Fort Worth, TX 76161


Rgs Financial
1700 Jay Ell Drive, Suite 200
Richardson, TX 75081

Sams Club
Attention: Bankruptcy Department
Po Box 103104
Roswell, GA 30076


Santander Consumer Usa
Po Box 961245
Ft Worth, TX 76161


Silverleaf Resorts
1221 River Bend Drive, Suite 120
Dallas, TX 75247


Sprint
6391 Sprint Parkway
Overland Park, KS 66251


Sprint
PO Box 3827
Englewood, CO 80155


TCF Banking & Savings
801 Marquette Avenue
Minneapolis, MN 55402


TCF National Bank
PO Box 1485
Minneapolis, MN 55480


The Lodge Homeowners Association
PO Box 1380
Bridgeport, TX 76426


The Quadrangle Condominium Association
5658 S. Blackstone
Chicago, IL 60637


The Quadrangle Condominium Association
c/o John Boyer
1428 E 57th Street
Chicago, IL 60637

The Quadrangle Condominium Association
c/o Jason T. Mayer, Smith Amudsen LLC
150 North Michigan Ave, Suite 3300
Chicago, IL 60601


Trans Union LLC
1561 E. Orangethorpe Avenue
Fullerton, CA 92831


Tribute Card Services
PO Box 105555
Atlanta, GA 30348-5555


United Recovery Systems, LP
P.O. Box 722929
Houston, TX 77272


Urban Partnership Bank
7936 S. Cottage Grove Ave.
Chicago, IL 60619


US Department of Education
PO Box 16448
Saint Paul, MN 55116


US Department of Education/glelsi
Po Box 7860
Madison, WI 53707


Victoria's Secret
Attention: Bankruptcy
Po Box 182125
Columbus, OH 43218


Village of Dolton
14014 Park Avenue
Dolton, IL 60417


Wells Fargo
Po Box 14517
Des Moines, IA 50306

```
Wells Fargo Bank NV N.A.
Attn: Deposits Bankruptcy MAC# P6103-05K
Po Box 3908
Portland, OR 97208


Wells Fargo Bank, N.A.
420 Montgomery Street
San Francisco, CA 94132


Wells Fargo Home Mortgage
5620 Brooklyn Boulevard
Minneapolis, MN 55429


Wells Fargo Home Mortgage
Po Box 10335
Des Moines, IA 50306


Wells Fargo Home Mortgage
8480 Stagecoach Circle
Frederick, MD 21701


Westgate Lake LLC
5601 Windhover Drive
Orlando, FL 32819
```